IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA BEAM,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>    Defendants. | Case No. 3:19-cv-01201-M-BT |

## ORDER MODIFYING AND OTHERWISE ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 27, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled, except that the Court will permit Plaintiff to amend to attempt to plead facts that Ecliptic was on notice of facts that prevented it from being a bona fide purchaser.

**SO ORDERED,** this 1st day of October, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE