IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA BEAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:19-cv-01201-M-BT |
| § | |
| CALIBER HOME LOANS, INC. et al. § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated September 7, 2021. (ECF Nos. 63, 64). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendations to which objections were made. The objections are overruled. The Court notes specifically that Caliber submitted a declaration of Janar Harris, ECF 52-1, which at App. Page 8, ¶ 14, says Caliber received Plaintiff's November payment under the TPP, due to be received in November, on December 3, 2018.

**SO ORDERED,** this 28th day of September, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE